UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RUSSELL J. GLENN, a single man,<br><br>    Plaintiff,<br><br>   v.<br><br>HERITAGE REALTY, a Washington limited liability company, MICHAEL MULLALLY and MARIAN MULLALLY, husband and wife; STEPHEN MONSON and NANCY MONSON, husband and wife; MONSON-MULLALLY GROUP, a Washington business organization; and JOHN DOES 1-5, partners and/or joint ventures of MONSON-MULLALLY GROUP,<br><br>    Defendants. | NO: CV-10-382-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE the Court is the parties' Stipulation for Dismiss with Prejudice, ECF No. 100. Having reviewed said motion and the file and pleadings therein, the Court finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1. The parties' Stipulation for Dismissal with Prejudice, **ECF No. 100,** is **GRANTED**. Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Executive is directed to enter this Order and provide copies to counsel. This file shall remain closed.

**DATED** this 3rd day of January, 2012.

        *s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2